UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SUBPOENA TO POUYA TAAGHOL.

Case No.  26-mc-80066-SVK

**REDACTION ORDER**

The Court's April 9, 2026 Order on Motion to Compel Compliance with Rule 45 Subpoena (the "Order") has been provisionally filed under seal.  By **April 16, 2026**, the Parties must submit joint proposed redactions accompanied by an administrative motion to seal that complies with Civil Local Rule 79-5.  If proposed redactions are not received by the deadline, the Court will order that the Order be filed on the public docket.

**SO ORDERED.**

Dated: April 9, 2026

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge